UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANA WEARTHERWAX,<br><br>Plaintiff,<br><br>v.<br><br>TAKATA CORPORATION, et al.,<br><br>Defendants. | Case No.  16-cv-02408-MEJ<br><br>**ORDER VACATING CMC AND REQUIRING PLAINTIFF TO FILE A STATUS REPORT** |

This matter is currently scheduled for a Case Management Conference on August 4, 2016. However, as there is no indication Plaintiff Roseana Weartherwax successfully served the named Defendants in this matter in accordance with Federal Rule of Civil Procedure 4, the Court VACATES the Conference and ORDERS Plaintiff to file a status report by August 11, 2016.

**IT IS SO ORDERED.**

Dated: August 1, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge